■ VICTOR PULIS, Respondent, v T. H. KINSELLA, INC., Appellant. [614 NYS2d 949] —Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Hurlbutt, J. (Pulis v T. H. Kinsella, Inc., 156 Misc 2d 499). (Appeal from Order of Supreme Court, Oswego County, Hurlbutt, J.— Summary Judgment.) Present—Green, J. P., Pine, Balio, Callahan and Boehm, JJ.